UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGH,<br><br>   Petitioner,<br><br> v.<br><br>,<br><br>   Respondent. | Case No. 20-cv-06054-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, submitted a letter seeking to file a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was also advised that he must file a formal petition, and was sent a blank form. He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents and to file a petition  More than twenty-eight days has passed and petitioner has not paid the fee, filed a complete application to proceed IFP or filed a petition with the Court. The case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 18, 2020

_____
JAMES DONATO
United States District Judge