UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASJIT SINGH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, SAN QUENTIN PRISON,<br><br>　　　　Respondent. | Case No. 20-cv-06054-JD<br><br>**ORDER REOPENING CASE**<br><br>Re: Dkt. No. 13 |

This pro se habeas petition was dismissed without prejudice due to petitioner's failure to submit a petition or pay the filing fee or submit an application to proceed in forma pauperis. Petitioner has now filed a formal petition and an application to proceed in forma pauperis. The Order of Dismissal (Docket No. 9) is **VACATED** and this case is **REOPENED**. The motion to proceed in forma pauperis (Docket No. 13) is **GRANTED**. The Court will screen the petition in an order to follow.

**IT IS SO ORDERED.**

Dated: January 11, 2021

JAMES DONATO
United States District Judge